FILED

07/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0166

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0166

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DAKOTA SCHLICHENMAYER,

      Defendant and Appellant.

O R D E R

_____

      Counsel for Appellant has filed a second motion for extension of time to file the opening brief in this matter. The Court notes that the brief was due July 16, 2022. Upon consideration of Appellant's motion,

      IT IS HEREBY ORDERED that the motion for extension of time is GRANTED. Appellant shall have until August 15, 2022, within which to file the opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2022